■ JEROME GRIGOLI, Respondent, v VINCENT C. FENEZIA, Appellant. [625 NYS2d 951] —Appeal by the defendant from an order of the Supreme Court, Richmond County (Leone, J.), dated February 15, 1994.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Leone at the Supreme Court. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.